UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

IN RE:

BRIAN L. WHITE,   Case No. 12-20175

   Chapter 7 Proceeding
_____/   Honorable Daniel S. Opperman

## NOTICE OF UNCLAIMED FUNDS OR
## FUNDS UNDER $5 TO BE DEPOSITED IN THE U.S. REGISTRY

The attached check represents the total sum of unclaimed dividends in this estate and is to be paid to the Court pursuant to 11 U.S.C §347(a), with Check No. 3007, in the amount of $3,314.38. The name(s) of the parties, claim number(s) and amount(s) to unclaimed dividends is/are as follows:

(1)   Navistar Financial   $3,314.38
      Claim No. 2

      TOTAL   $3,314.38

DATED: May 26, 2016   /s/ Randall L. Frank
   _____
   Randall L. Frank (P33189)
   Chapter 7 Trustee
   P.O. Box 2220
   Bay City, MI 48707-2220
   (989) 893-2461
   randall.frank@gmail.com